UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X
51 GREENE STREET CONDOMINIUM,

                Plaintiff,                Docket No.:

  -against-                             **NOTICE OF REMOVAL**
                                         **PURSUANT TO 28 USC**
ADMIRAL INDEMNITY COMPANY,       **§ 1446**

                Defendant.
——————————————————————X

### TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

The Petitioner, ADMIRAL INDEMNITY COMPANY, Defendant in the above-entitled action, by its attorneys WHITE, FLEISCHNER & FINO, LLP, respectfully show this Court:

1.     The Petitioner is the defendant in the instant action.

2.     Upon information and belief this action was commenced by filing of a Summons and Supplemental Summons and Complaint in the Supreme Court of the State of New York, County of New York, dated November 3, 2017, under Index No.: 656726/2017, followed by service on the Insurance Department of the State of New York on November 6, 2017. Annexed hereto as *Exhibit "A"* is a copy of the Summons, Supplemental Summons and Complaint. Annexed hereto as *Exhibit "B"* is a copy of the acknowledgement of service.

3.     Plaintiff 51 GREENE STREET CONDOMINIUM ("Plaintiff") alleges that it has sustained or will sustain $8,785,612.69 in losses, costs, fees, expenses and damages as a result of a covered peril under a policy of insurance ("the Policy") issued by Defendant

1

ADMIRAL INDEMNITY COMPANY ("ADMIRAL"), for which a claim was made ("the Claim") and for which coverage has been denied by ADMIRAL other than for items totaling $1,134,554.59. Plaintiff specifically alleges that it has already sustained damages in excess of the Policy limit of $3,912,000.00 for Building coverage, received bills for debris removal in the amount of $460,391.75 and sustained a Business Income loss in the amount of $115,845.64. Plaintiff alleges that ADMIRAL has breached its obligations to pay the Claim under the Policy and in the alternative that Plaintiff is entitled to a declaration compelling ADMIRAL to proceed with Appraisal of the Claim.

4. This Court has original jurisdiction of this civil action pursuant to 28 USC §1332 because there is complete diversity in the matter and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

5. The Plaintiff, 51 Greene Street Condominium, is a citizen of the State of New York.

6. The Defendant, ADMIRAL INDEMNITY COMPANY, is a Delaware corporation with its principal place of business in the State of New Jersey.

WHEREFORE, Petitioner prays that the instant action now pending before the Supreme Court of the State of New York, County of New York, be removed therefrom to the

United States District Court for the Southern District of New York, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
December 1, 2017

                                   Yours, etc.,

                                   WHITE FLEISCHNER & FINO, LLP

                                   By: _____
                                         Jonathan S. Chernow (JSC-7339)
                                   Attorneys for Defendant
                                   ADMIRAL INDEMNITY COMPANY
                                   61 Broadway - 18th Floor
                                   New York, New York 10006
                                   (212) 487-9700
                                   Our File No.: 179-20335I.

TO:    (See Attached Affidavit)