Exhibit "B"



NEW YORK STATE
DEPARTMENT *of*
FINANCIAL SERVICES

| Andrew M. Cuomo | Maria T. Vullo |
|---|---|
| Governor | Superintendent |

STATE OF NEW YORK

Supreme Court, County of NEW YORK

656726/2017

51 Greene Street Condominium                         Plaintiff(s)

against

                                                                Defendant(s)

Admiral Indemnity Company

RE :Admiral Indemnity Company formerly known as FICO Insurance Company

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Supplemental Summons and Complaint in the above entitled action on November 06, 2017 at New York, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

Wilkofsky, Friedman, Karel & Cummins
David B. Karel
299 Broadway
Suite 1700
New York, New York 10007

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

Holly Fettinger
Admiral Indemnity Company
301 Route 17 North Suite 900
Rutherford, New Jersey 07070

*Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

Dated Albany, New York, November 07, 2017
591623