USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
51 GREENE STREET CONDOMINIUM,     :
                                  :
         Plaintiff,               :
                                  :
    -against-                     :    No. 17 Civ. 9404 (JFK)
                                  :         **ORDER**
ADMIRAL INDEMNITY COMPANY,        :
                                  :
         Defendant.               :
-------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

   The Court has been advised that a settlement in this case has been reached. Accordingly, it is hereby

   ORDERED that this action is discontinued without costs to any party, subject to reopening if settlement is not consummated within 30 days of the date of this Order. If the parties wish to reopen this matter or extend the time within which they may reopen it, they must make a letter application to this Court before this 30-day period expires.

**SO ORDERED.**

Dated:   New York, New York
         June 25, 2019

                                    _____
                                    Hon. John F. Keenan
                                    United States District Judge