```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
51 GREENE STREET CONDOMINIUM,   :
                                :
              Plaintiff,        :
                                :                No. 17 Civ. 9404 (JFK)
       -against-                :                       ORDER
                                :
ADMIRAL INDEMNITY COMPANY,      :
                                :
              Defendant.        :
------------------------------- X
```

**JOHN F. KEENAN, United States District Judge:**

The Court has received a stipulation from both parties stating their agreement that this case is to be discontinued with prejudice. (ECF No. 62.) Accordingly, it is hereby ORDERED that this action is discontinued with prejudice and without costs to any party. The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

Dated:  New York, New York
        August 1, 2019

                                              _____
                                                    Hon. John F. Keenan
                                                 United States District Judge